DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERENIA DEL CASTILLO,**
Appellant,

v.

**THOMAS A. MADLE,**
Appellee.

No. 4D17-561

[ July 13, 2017 ]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502016DR003829XXXX.

Erenia Del Castillo, West Palm Beach, pro se.

Scott D. Glassman and Sue-Ellen Kenny of the Law Office of Scott Glassman, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***